DANIEL G. BODGEN
United States Attorney
District of Nevada
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 2:12-mj-784-PAL |
| ) | |
| Plaintiff,  ) | **ORDER FOR DISMISSAL** |
| ) | |
| vs.  ) | |
| ) | |
| DAWNYELL TENAYA FLYNN  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on November 14, 2012.

    DATED this 29th day of October, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
ERIC JOHNSON
Assistant United States Attorney
Chief, Criminal Division

    Leave of Court is granted for the filing of the foregoing dismissal

    DATED this __1st__ day of __November__, 2013.

United States Magistrate Judge